# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT COLEMAN SCHMIDT, | No. EDCV 12-2144 AG (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| MATTHEW CATE, Under Secretary of Cal. Dept. Crctns & Rehabilitation, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: June 30, 2013

ANDREW J. GUILFORD
United States District Judge